Soheyl Tahsildoost (Bar No. 271294)
THETA LAW FIRM, LLP
12100 Wilshire Blvd., Suite 1070
Los Angeles, CA 90025
Telephone: (424) 297-3103
Facsimile: (424) 286-2244
eservice@thetafirm.com

Attorneys for Defendant Mercedes-Benz USA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEW KUM, an individual,<br><br>            Plaintiff,<br><br>       v.<br><br>MERCEDES-BENZ USA, LLC; A Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>            Defendants | Case No.: 3:20-cv-06938-CRB<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Hon. Charles R. Breyer<br>Courtroom: 6 |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

///

///

///

1

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | Dated:  March 20, 2024 | THE BARRY LAW FIRM |
| 2 | | |
| 3 | | /s/ David Barry |
| 4 | | DAVID BARRY<br>Attorney for Plaintiff Siew Kum |
| 5 | | |
| 6 | Dated:  March 19, 2024 | THETA LAW FIRM, LLP |
| 7 | | |
| 8 | | |
| 9 | | SOHEYL TAHSILDOOST<br>Attorney for Defendant Mercedes-Benz USA, LLC |

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEW KUM, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>MERCEDES-BENZ USA, LLC; A Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>    Defendants | Case No.: 3:20-cv-06938-CRB<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Hon. Charles R. Breyer<br>Courtroom: 6 |

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: March 20, 2024

                                            Hon. Charles R. Breyer

                                      UNITED STATES DISTRICT JUDGE